In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00018-CV


______________________________




TEXARKANA CONSTRUCTION COMPANY, INC., Appellant



V.



H&R HOLDINGS, INC., Appellee




 


On Appeal from the 202nd Judicial District Court


Bowie County, Texas


Trial Court No. 07C0093-202




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Carter



MEMORANDUM OPINION



 Texarkana Construction Company, Inc., the sole appellant in this case, has filed a motion
seeking to dismiss its appeal. Pursuant to Tex. R. App. P. 42.1, the motion is granted.

 We dismiss the appeal.



 Jack Carter

 Justice


Date Submitted: April 14, 2009

Date Decided: April 15, 2009